Same case below, 367 Fed. Appx. 461.

No. 09-11037. **William Lee Brothers, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

562 U.S. 860, 131 S. Ct. 133, 178 L. Ed. 2d 81, 2010 U.S. LEXIS 6342,

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

No. 09-11039. **Walter W. Teel, Petitioner v. United States.**

562 U.S. 833, 131 S. Ct. 134, 178 L. Ed. 2d 81, 2010 U.S. LEXIS 6353.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 590 F.3d 325.

No. 09-11040. **Frank L. Owens, Petitioner v. Florida.**

562 U.S. 860, 131 S. Ct. 134, 178 L. Ed. 2d 81, 2010 U.S. LEXIS 6152.

October 4, 2010. Petition for writ of certiorari to the District Court of Appeal of Florida, Fifth District, denied.

Same case below, 22 So. 3d 92.

No. 09-11041. **Gerald Keller, Petitioner v. Georgia.**

562 U.S. 860, 131 S. Ct. 134, 178 L. Ed. 2d 81, 2010 U.S. LEXIS 5914.

October 4, 2010. Petition for writ of certiorari to the Court of Appeals of Georgia denied.

No. 09-11042. **Jose C. Lopez, Petitioner v. Robert Horel, Warden, et al.**

562 U.S. 860, 131 S. Ct. 134, 178 L. Ed. 2d 81, 2010 U.S. LEXIS 6113.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 367 Fed. Appx. 810.

No. 09-11044. **Xiao Qing Liu, Petitioner v. Richline Group, et al.**

562 U.S. 860, 131 S. Ct. 134, 178 L. Ed. 2d 81, 2010 U.S. LEXIS 5957,

October 4, 2010. Petition for writ of certiorari to the Court of Appeals of New York denied.

Same case below, 13 N.Y.3d 880, 893 N.Y.S.2d 831, 921 N.E.2d 598.

No. 09-11045. **Precious Johnson, Petitioner v. California.**

562 U.S. 860, 131 S. Ct. 135, 178 L. Ed. 2d 81, 2010 U.S. LEXIS 5876.

October 4, 2010. Petition for writ of certiorari to the Supreme Court of California denied.